

ORDER

PER CURIAM.

AND NOW, this 24th day of April, 1998, the Petition for Allowance of Appeal is granted limited to the issue of whether two notices of appeals need be filed from judgments of a district justice on a claim and counter-claim sharing the same docket number.

David ZIMMERMAN and Mary Ann Zimmerman, d/b/a Frontier Lanes,

v.

HARLEYSVILLE MUTUAL INSURANCE COMPANY, Fireman's Fund Insurance Company, and the American Insurance Company.

Petition of HARLEYSVILLE MUTUAL INSURANCE COMPANY.

Supreme Court of Pennsylvania.

April 14, 1998.

ORDER

PER CURIAM.

AND NOW, this 14th day of April, 1998, the Petition for Allowance of Appeal is granted, but limited to the issue of:

Whether the trial court erred in not adopting the "loss in progress" theory of insurance coverage which would have required the insurer providing insurance at the commencement of the damage to compensate its insured for all of the damage even though the policy of insurance had expired.

BOROUGH OF DOWNINGTOWN, Respondent,

v.

Thomas J. WAGNER, Petitioner.

Supreme Court of Pennsylvania.

April 24, 1998.

Robert L. THEYS, Petitioner,

v.

Jules PATT, Individually and the Patt Organization, Respondent.

Supreme Court of Pennsylvania.

May 5, 1998.

ORDER

AND NOW, this 5th day of May, 1998, the Petition for Allowance of Appeal is GRANTED. The Order of the Superior Court is VACATED pursuant to *Jacobs v. Halloran,* —— Pa. ——, —— A.2d ——, 1998 WL 149478 (Pa.1998), and the matter is REMANDED to the Court of Common Pleas for proceedings consistent with our *Jacobs* decision.

SAYLOR, J., did not participate in the consideration or decision of this matter.